IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRUCE A. HANCOCK, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-14-1380-D |
| OCWEN LOAN SERVICING, LLC, *et al.*, | ) |
| Defendants. | ) |

**O R D E R**

This matter comes before the Court upon Plaintiff's Motion for Preliminary Injunction Hearing and/or Ruling on Preliminary Injunction [Doc. No. 10], filed December 24, 2014, and Plaintiff's Motion for Temporary Restraining Order [Doc. No. 18], filed December 29, 2014.

By the first motion, Plaintiff Bruce A. Hancock, Jr., who appears *pro se*, seeks to enjoin Defendant Ocwen Loan Servicing, LLC ("Ocwen"), pursuant to Fed. R. Civ. P. 65(a), from proceeding with a foreclosure sale scheduled to occur on January 8, 2015, and confirmation of the sale thereafter. In light of this time constraint, the Court finds that the deadline for Ocwen to respond to the motion should be shortened.

By the second motion, Plaintiff seeks similar injunctive relief on an emergency basis pursuant to Fed. R. Civ. P. 65(b), without an opportunity for Ocwen to be heard. Plaintiff previously filed a motion for a temporary restraining order (TRO) in connection with his original Complaint. The prior motion was denied by Order of December 19, 2014, because Plaintiff had not satisfied the requirements of Rule 65(b)(1)(B) for issuing a TRO without notice. The instant motion is similarly deficient in that Plaintiff has not stated any reasons why notice to Ocwen

should not be required. Shortly before the motion was filed, Ocwen filed a motion to dismiss Plaintiff's Amended Complaint, which is currently pending.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Temporary Restraining Order [Doc. No. 18] is DENIED.

IT IS FURTHER ORDERED that any objection or response to Plaintiff's Motion for Preliminary Injunction Hearing and/or Ruling on Preliminary Injunction [Doc. No. 10] shall be filed by January 6, 2015.

IT IS SO ORDERED this 31st day of December, 2014.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE